# SCARING & BRISSENDEN, PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
MATTHEW W. BRISSENDEN
VIVIAN Y. KIM

sscaring@scaringlaw.com

July 16, 2007

**By Facsimile: 631-712-5606**

The Honorable Thomas C. Platt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *United States of America v. Varsha Mahender Sabhnani and Mahender Murlidhar Sabhnani*
            Index No. 07 CR 429

Dear Judge Platt:

      We are anxious to move forward with the Court's mandate with respect to the bail proceedings. The government's position with respect to the accountant's mandate is unreasonable and we are prepared to make arguments in support of our position before the Court as soon as possible. However, the Assistant United States Attorneys are both not available to address the aforementioned issue until Friday, July 20, 2007.

      Both defendants have been in jail for over eight weeks. We believe it is unfair to delay the proceedings any further due to the unexplained unavailability of the Assistant United States Attorneys. Surely one of the Assistants should be available for a conference with the Court on a day earlier than Friday, July 20, 2007. Thank you for your attention.

                                        Very truly yours,

                                        Stephen P. Scaring

Cc:    Jeffrey Hoffman, Esquire (Via facsimile 212-679-1844)
         AUSA Mark Lesko (Via electronic mail (mark.lesko@usdoj.gov)