# STROZ FRIEDBERG, LLC

SEP 04 2007

**FEDERAL EXPRESS**

August 30, 2007

Honorable Thomas C. Platt
United States District Judge
United States Courthouse
610 Federal Plaza
Central Islip, NY 11722-4454

**United States v. Varsha M. and Mahender M. Sabhnani (Cr 07-429) (TCP)
Report of Monitor (# 1)**

Dear Judge Platt:

Pursuant to your Order Setting Conditions of Release ("The Order"), dated August 21, 2007, and the protocols referenced in The Order, dated July 23, 2007, I provide my initial report on the monitoring of the Sabhnani's, for the week of August 21, 2007 through August 28, 2007.

## Executive Summary

Stroz Friedberg Investigations, a division of Stroz Friedberg, LLC, (hereafter referred to as "SFLLC"), monitored the in-home detention of the defendants, and their four children, on a "24/7" basis, beginning at the time of their release on August 21, 2007.

SFLLC did not observe or detect violations of The Order or protocols, during the week ending August 28, 2007.

## Monitoring

SFLLC employed three armed monitors for the in-home detention of the Sabhnani's. SFLLC's monitors prepared daily logs of activity, which are available upon request. I summarize below the activity reflected in these logs.

- A) SFLLC monitored and recorded all telephone conversations made to or from the line dedicated for this purpose, except for conversations between the defendants and their counsel or members of the defense teams.

- B) SFLLC monitored and review all facsimile traffic made to or from the line dedicated for this purpose.

C) SFLLC monitored and recorded all Internet traffic made through the single connection dedicated for this purpose. In addition, prior to the release of the defendants, SFLLC imaged the computer authorized to be used by the defendants and their children to access the Internet, for future forensic analysis.

D) SFLLC issued two mobile telephones to those Sabhnani children with medical conditions that necessitate access to emergency services when not in the residence. SFLLC monitored the use of these two mobile telephones.

E) SFLLC monitored all incoming and outgoing mail and deliveries.

F) SFLLC monitored the financial activity of the defendants and their children, including but not limited to a review of credit card and bank account activity for the personal accounts of the defendants and their children, and the business accounts of the defendants. In addition, SFLLC is worked closely with the staff of Adams & Becker, CPA, the financial monitor appointed by The Court, to ensure that the defendants comply with The Order.

G) SFLLC searched the Sabhnani's children whenever they entered the residence.

H) SFLLC performed daily searches of the residence and vehicles.

I) SFLLC did not transport the defendants to any location outside the residence. The defendants did not exit the residence.

J) SFLLC notes the following visitors to the Sabhnani residence:

   i) On August 21, 2007, prior to the release of the defendants, the residence and monitoring systems was inspected by two Special Agents of DHS ICE, and a Detective with the Nassau County Police Department.

   ii) On August 22, 2007, the residence was inspected by two officers of Pre-Trial Services. These officers also confirmed the operational status of the defendant's ankle bracelets.

   iii) Alarm company personnel to repair and modify system.

   iv) SFLLC associate for security camera survey.

Please contact me at 212.766.6001, if you have any questions.

Very truly yours,

Anthony P. Valenti
Vice President

Cc:

Mark J. Lesko, Esq.
Assistant United States Attorney
United States Attorney's Office
United States Courthouse
610 Federal Plaza
Central Islip, NY 11722-4454

Stephen P. Scaring, Esq.
Scaring & Brissenden, P.C.
666 Old Country Road
Garden City, NY 11530

Jeff C. Hoffman, Esq.
Hoffman & Pollok
260 Madison Avenue
22nd Floor
New York, NY 10016