DTF
CIP

# SCARING & BRISSENDEN, PLLC
### ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

STEPHEN P. SCARING, P.C.
MATTHEW W. BRISSENDEN
VIVIAN Y. KIM

———
(516) 683-8500
———
FAX
(516) 683-8410

sscaring@scaringlaw.com

January 22, 2008


<u>Via Fax (631) 712-5626</u>


The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
834 Federal Plaza
Central Islip, NY  11722

Re:    *United States v. Sabhnani; 07 CR 429*

Dear Judge Spatt,

We are writing to respectfully request permission for the following persons to visit the Sabhnani home:

1) Bharat Jotwani, 44 Vista Drive, Syosset, New York 11791.  The request is for Tuesday, January 22, 2008 and Wednesday, January 23, 2008, between the hours of 11 A.M. to 1 P.M.;

2) Natasha Dasani, 80 Woodcrest Drive, Syosset, NY 11791, Phone # 516-921-8916.  The request is for Friday, January 25, 2008 and Sunday, January 27, 2008, between the hours of 5 P.M. to 7 P.M.; and

3) Srichand Sidhwani, Lata Sidhwani, Viju Sidhwani and Sheetal Sidhwani, 14 Eric Lane, New Hyde Park, NY 11040, Phone # 516-437-2238.  The request is for Saturday, January 26, 2008, between the hours of 3 P.M. to 5 P.M.

Additionally, we would respectfully request permission from the Court for Mahender Sabhnani to visit the temple (Hanuman Mandir, 111 Jerusalem Avenue, Hempstead, NY 11550, Phone # 516-483-9500) on Sunday, January 27, 2008, between the hours of 11 A.M. to 3 P.M.

SCARING & BRISSENDEN, PLLC

The Court has previously approved the visit to the temple and said visit would be monitored by representatives of Stroz Friedberg.

Thank you for your consideration.

Respectfully submitted,

Vivian Joo

cc:    AUSA Mark Lesko
       Jeffery Hoffman, Esq.

ARTHUR D. SPATT, U.S. District Judge

DATED:_____1/22/08_____